# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thapar, Amul R. | 2. Court or Organization<br><br>U.S. District Court EDKY | 3. Date of Report<br><br>7/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
310 S. Main Street, Suite 444
London, Kentucky 40741

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | National Advisory Council | North American South Asian Bar Association |
| 2. | Board Member | Northern Kentucky Catholic Charities |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 7/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Chase College of Law Northern Kentucky University (Adjunct Professor) | $2,000.00 |
| 2. | 2011 | Vanderbilt University School of Law | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Law School Moot Court | 2/17/2011 to 2/20/2010 | Charlottesville, VA | Judged Moot Court at Law School | Travel, meals, hotel |
| 2. | New York University School of Law Public Interest Center | 3/7/2011 to 3/8/2011 | New York, New York | Speaker at Public Interest Mtg | Travel, meals, hotel |
| 3. | Yale Law School Federalist Society | 3/8/2011 to 3/9/2011 | New Haven, CT | Speaker | Travel, meals, hotel |
| 4. | Kansas City South Asian Bar Association | 7/29/2011 to 7/30/2011 | Kansas City, MO | Speaker | Travel, meal, hotel |
| 5. | Vanderbilt University School of Law | 10/10/2011 to 10/15/2011 | Nashville, TN | Taught 1 credit seminar | Travel, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 7/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 7/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ING Direct Accounts | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. TD Bank USA (Ameritrade Money Market) | A | Interest | J | T | | | | | |
| 4. Fifth Third Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 5. Paypal Inc. (Money Market) | A | Interest | J | T | | | | | |
| 6. Under Armour (UA) Common | | None | J | T | | | | | |
| 7. Nuance Comm. Inc. (NUAN) Common | | None | J | T | | | | | |
| 8. Dreamworks Animation (DWA) Common | | None | J | T | | | | | |
| 9. Nike Inc. (NKE) Common | A | Dividend | J | T | Buy | 1/4/11 | J | | |
| 10. Nintendo Corporation (NTDOY) Common | A | Dividend | J | T | | | | | |
| 11. Chipotle Mexican Grill Inc. (CMG/B) Common | | None | J | T | | | | | |
| 12. Disney Corp (DIS) Common | A | Dividend | J | T | | | | | |
| 13. Activision Blizzard, Inc. (ATVI) Common | A | Dividend | J | T | | | | | |
| 14. Amazon (AMZN) Common | | None | J | T | | | | | |
| 15. Labcorp Holdings (LH) Common | | None | J | T | | | | | |
| 16. Fannie Mae (FNM) Common | A | Dividend | J | T | | | | | |
| 17. Hasboro Corp. (HAS) Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 7/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Home Depot Inc. (HD) Common | A | Dividend | J | T | | | | | |
| 19. Montpelier Re Holdings Ltd (MRH) Common | A | Dividend | J | T | | | | | |
| 20. Sanderson Farms Inc. (SAFM) Common | A | Dividend | J | T | | | | | |
| 21. United Fire & Casualty Company (UFCS) Common | A | Dividend | J | T | | | | | |
| 22. Apple Inc. (AAPL) Common | | None | J | T | | | | | |
| 23. Berkshire Hathaway Inc. Del Class B (BRK.B) Common | | None | K | T | | | | | |
| 24. Costco Wholesale Corp. (COST) Common | A | Dividend | J | T | | | | | |
| 25. Cryptologic Inc. (CRYP) Common | A | Dividend | J | T | | | | | |
| 26. Exxon Mobil Corp (XOM) Common | A | Dividend | J | T | | | | | |
| 27. Flamel Tech Spon ADR (FLML) Common | | None | J | T | | | | | |
| 28. Intel Corp. (INTC) Common | A | Dividend | J | T | | | | | |
| 29. Markel Corp. (MKL) Common | | None | J | T | | | | | |
| 30. Microsoft Corp. (MSFT) Common | A | Dividend | J | T | | | | | |
| 31. Buffalo Wild Wings (BWLD) Common | | None | J | T | | | | | |
| 32. CTRIP.com International (CTRP) Common | A | Dividend | J | T | | | | | |
| 33. Formfactor Inc. (FORM) Common | | None | | | Closed | 7/25/11 | J | | |
| 34. Panera Bread (PNRA) Common | | None | J | T | Buy | 07/25/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 7/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Loopnet, Inc (Loop) Common (X) | | None | | | Closed | 7/25/11 | J | | |
| 36. Tibco Software Inc. (TIBX) Common | | None | J | T | Buy | 7/25/11 | J | | |
| 37. Southwest Airlines (LUV) Common | A | Dividend | J | T | | | | | |
| 38. Rofin-Sinar Technologies Inc. (RSTI) Common | | None | | | Closed | 7/25/11 | J | | |
| 39. United Health Group Inc. (UNH) Common | A | Dividend | J | T | | | | | |
| 40. Altria Group Inc. (MO) Common | A | Dividend | J | T | | | | | |
| 41. Chesapeake (CHK) | A | Dividend | J | T | | | | | |
| 42. Federated Investors Inc. (FII) Common | A | Dividend | J | T | | | | | |
| 43. Pfizer Inc. (PFE) Common | A | Dividend | J | T | | | | | |
| 44. Kraft Foods Inc. (KFT) Common | A | Dividend | J | T | | | | | |
| 45. Medco Health Solutions (MHS) Common | | None | J | T | | | | | |
| 46. Phillip Morris International (PM) | A | Dividend | J | T | | | | | |
| 47. McDonalds (MCD) Common | A | Dividend | J | T | | | | | |
| 48. National Oilwell Varco, Inc. (NOV) Common | A | Dividend | J | T | | | | | |
| 49. Nokia Corp (NOK) Common | A | Dividend | J | T | | | | | |
| 50. Vanguard 500 Index Funds | A | Dividend | J | T | | | | | |
| 51. Vanguard Windsor Portfolio | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 7/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Windsor Fund is part of a 529. We invest monthly through automatic withdrawal in ⬚⬚⬚⬚⬚⬚⬚ 529. I was not sure how to reflect this on the statement.

| Name of Person Reporting | Date of Report |
|---|---|
| Thapar, Amul R. | 7/14/2012 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amul R. Thapar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544